UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PATRICK and LEE NOBRIGA,                                   No. 11-12469

                         Debtor(s).
_____/

Memorandum on Motion for Additional Attorney's Fees
_____

      The court agrees with the debtors that additional attorney's fees are appropriate in light of the appeal by Fidelity National Title of the court's nominal sanctions award based on Fidelity's willful violation of the discharge injunction. However, the District Court only remanded the matter in order for this court to make additional findings and did not vacate the original order. Until the District Court makes a final disposition of the appeal, this court lacks jurisdiction to enhance the fee award. The court will accordingly deny the motion without prejudice to renewal after the appeal is adjudicated, unless the District Court orders otherwise. Provided, however, that the debtors may renew their motion in 90 days upon a showing that Fidelity is not diligently prosecuting its appeal.

      Counsel for Fidelity shall submit a form of order which counsel for the debtors has approved as properly reflecting this decision.

Dated: August 28, 2013

                                                                                 Alan Jaroslovsky
                                                                                 Chief Bankruptcy Judge